IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TENDLER CELLULAR OF TEXAS, LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:11-cv-178 |
| v. | § § | **JURY TRIAL DEMANDED** |
| MERCEDES-BENZ USA, LLC | § § | |
| Defendant. | § § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Tendler Cellular of Texas, LLC and Defendant Mercedes-Benz USA, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims that were asserted or that could have been asserted in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

October 10, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ David A. Skeels | /s/ Celine Jimenez Crowson |
| State Bar No. 24041925 | Robert J. Weinschenk |
| Jonathan T. Suder | Raymond A. Kurz |
| State Bar No. 19463350 | Hogan Lovells US LLP |
| Dave R. Gunter | Columbia Square |
| State Bar No. 24074334 | 555 Thirteenth Street, NW |
| FRIEDMAN, SUDER & COOKE | Washington, DC 20004 |
| Tindall Square Warehouse No. 1 | (202) 637-5600 |
| 604 East 4th Street, Suite 200 | (202) 637-5703 – direct (Crowson) |
| Fort Worth, Texas 76102 | (202) 637-6537 – direct (Weinschenk) |
| (817) 334-0400 | (202) 637-5910 – fax |
| Fax (817) 334-0401 | celine.crowson@hoganlovells.com |
| jts@fsclaw.com | robert.weinschenk@hoganlovells.com |
| skeels@fsclaw.com | raymond.kurz@hoganlovells.com |
| gunter@fsclaw.com | |
| **ATTORNEYS FOR PLAINTIFF TENDLER CELLULAR OF TEXAS, LLC** | **ATTORNEYS FOR DEFENDANT MERCEDES-BENZ USA LLC** |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 10th day of October, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                 /s/ David A. Skeels